IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No.  3:07-cr-634 |
| | ) | |
| v. | ) | |
| | ) | ENHANCEMENT INFORMATION |
| ANDRELL THOMAS SANDERS, | ) | AND NOTICE OF PRIOR |
| aka Q, | ) | CONVICTION(S) |
| | ) | |
| Defendant. | ) | |

COMES NOW the United States of America, by and through the undersigned Special Assistant United States Attorney, pursuant to Title 21, United States Code, Section 851(a)(1), and hereby notifies defendant, ANDRELL THOMAS SANDERS, aka Q, that he is subject to an increased penalty pursuant to Title 21, United States Code, Sections 846 and 841(b)(1)(A), because of one or more prior felony drug convictions, to wit:

1.  On or about April 25, 2005, Defendant was sentenced for a drug felony in the Circuit Court of Cook County, Illinois, in case number 05CR784, Possession of Controlled Substance. Defendant was sentenced to 30 months probation.

2.  On or about May 13, 2004, Defendant was sentenced for a drug felony in the Circuit Court of Cook County, Illinois, in case number 03CR138702, Possession of a Controlled Substance.  Defendant was sentenced to one year imprisonment with the Illinois Department of Corrections.

3. On or about February 27, 2003, Defendant was sentenced for a drug felony in the Circuit Court of Cook County, Illinois, in case number 02CR30703, Possession of a Controlled Substance. Defendant was sentenced to 24 months probation.

>Respectfully Submitted,
>
>Matthew G. Whitaker
>United States Attorney
>
>By /s/ Melisa Zaehringer
>Melisa Zaehringer
>Special Assistant United States Attorney
>United States Courthouse, Ste 310
>131 E. 4th Street
>Davenport, Iowa 52801
>Tel: (563) 449-5432
>Fax: (563) 449-5433
>Email: Melisa.Zaehringer@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon all counsel of record and *pro se* parties by electronic service by filing this document with the Clerk of Court using the ECF system on April 1, 2008, which will send notification to the following:

Michael Galvin

>/s/ Melisa Zaehringer
>United States Attorney's Office
>Southern District of Iowa